**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| Jeremy L. Baum, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case Number: 1:14-cv-01326-JCC-IDD |
| JPMorgan Chase & Co., | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Jeremy L. Baum ("Plaintiff") and Defendant Chase Bank USA, N.A. ("Defendant"), erroneously sued herein as JPMorgan Chase & Co., have reached a confidential settlement agreement in principle to resolve the above-captioned matter. The parties are preparing a written settlement agreement and anticipate filing a stipulated notice of dismissal with prejudice within 7 days.[1]

DATED: December 16, 2014

Respectfully submitted,

| | |
|---|---|
| ___/s/ Robert Weed_____ | _/s/ Warren T. Allen II_____ |
| Robert R. Weed (Va. Bar No. 24646) | Warren T. Allen II (Va. Bar No. 72691) |
| Bankruptcy Law Office of Robert Weed | Skadden, Arps, Slate, Meagher & Flom, LLP |
| 45575 Shepard Dr., Suite 201 | 1440 New York Avenue, N.W. |
| Sterling, VA 20164 | Washington, D.C. 20005 |
| Telephone: (703) 335-7793 | Telephone: (202) 371-7000 |

---

[1] In light of the settlement, the parties agree that the initial pretrial conference scheduled for December 17, 2014 at 11:00 a.m. before Magistrate Judge Ivan D. Davis is not necessary. The parties will contact the Court to confirm whether they need to attend.

| | |
|---|---|
| Facsimile: (703) 677-8770<br>robertweed@robertweed.com<br><br>*Attorney for Plaintiff Jeremy L. Baum* | Facsimile: (202) 393-5760<br>Warren.Allen@skadden.com<br><br>- and -<br><br>Albert L. Hogan III<br>Jason T. Manning<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0700<br>Facsimile: (312) 407-0411<br>Al.Hogan@skadden.com<br>Jason.Manning@skadden.com<br><br>*Attorneys for Chase Bank USA, N.A.* |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 16, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

  Robert R. Weed
  Law Office of Robert Weed
  45575 Shepard Dr.
  Suite 201
  Sterling, VA 20164
  Telephone: (703) 335-7793
  robertweed@robertweed.com

  *Counsel for Plaintiff*

      /s/ Warren T. Allen II
      Warren T. Allen II (Va. Bar No. 72691)
      Skadden, Arps, Slate, Meagher & Flom LLP
      1440 New York Avenue, N.W.
      Washington, D.C. 20005
      Telephone: (202) 371-7000
      Facsimile: (202) 393-5760
      Warren.Allen@skadden.com

      *Attorney for Chase Bank USA, N.A.*